**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
585 STEWART AVENUE, SUITE 410, GARDEN CITY, NY 11530
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

April 5, 2023

> Application **granted in part.** The initial pretrial conference scheduled for April 12, 2023, is adjourned to **April 19, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **April 12, 2023, at 12:00 P.M.** The Court does not typically adjourn the initial pretrial conference pending the filing of an answer or other response to the Complaint. A referral to the Court's mediation program will issue separately.
>
> Dated: April 7, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   *Martin v. Northwell Health, Inc.*
       Case No. 23-CV-01578 (LGS)
       **Joint Request to Adjourn Initial Pre-Trial Conference**

Your Honor:

    This office represents Plaintiff, Leilanie Martin, in the above-referenced matter. The Parties jointly write to respectfully request an adjournment of the Initial Pre-Trial Conference currently scheduled for April 12, 2023 at 4:00 PM. Additionally, the Parties respectfully request to be referred to the SDNY mediation program, which requires all counseled single Plaintiff employment discrimination cases be assigned to mediation by automatic referral.

    Accordingly, the Parties respectfully request that the Initial Pre-Trial Conference be adjourned after Defendant's Answer deadline, May 9, 2023, or in the alternative, request that the Initial Pre-Trial Conference be adjourned pending the outcome of the mediation.

    There have been no prior requests to adjourn the Initial Pre-Trial Conference. As of this letter, there is no scheduling order in place.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

__/s/ Joshua Friedman, Esq.____
Joshua Friedman, Esq.

          **PHILLIPS & ASSOCIATES,**
          **Attorneys at Law, PLLC**
          *Attorneys for Plaintiff*
          585 Stewart Avenue, Suite 410
          Garden City, NY 11530
          jfriedman@tpglaws.com

CC:    Jennifer B. Courtian (*Via ECF*)